| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Drain, Robert D. | 2. Court or Organization Southern District of New York | 3. Date of Report 10/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 02/05/2010 | St. Johns University School of Law LL.M seminar | $3000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southern District of Fla. Bankruptcy Bar Association | 5/10/12-5/13/12 | Fort Myers, FL | Speaker | Speaker at annual bankruptcy bar association conference (Transportation, Hotel, Food) |
| 2. | Cleveland Metro Bar Association (O'Neil Institute) | 5/15/15-5/16/12 | Cleveland, OH | Speaker | Speaker at annual bar association conference on bankruptcy issues (Transportation, Hotel, Food) |
| 3. | Georgetown University Law Center/American Banrkruptcy Institute | 10/05/12-10/06/12 | Washington, DC | Speaker | Speaker at annual "views from the bench" conference on bankruptcy issues (Transporation, Food) |
| 4. | American Bankruptcy Institute | 10/25/12-10/27/12 | San Diego, CA | Speaker | Speaker at annual conference on bankruptcy issues (Transportation, Hotel, Food) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Drain, Robert D.** | 10/25/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | University of Texas School of Law/American Bankruptcy Institute | 11/08/12-11/09/12 | Austin, TX | Speaker | Speaker at annual conference on bankruptcy issues (Transporation, Hotel, Food) |
| 6. | National Association of Women Judges | 11/09/12-11/10/12 | Miami, FL | Speaker | Speaker on judicial cooperation at annual judges conference (Transportation, Hotel, Food) |
| 7. | USRussia Foundation | 11/10/12-11/16/12 | Moscow, Russia and Tyumin, Russia | Speaker, Conferee | Speaker and conferee in series of conferences and classes with Russian judges and students (Transportation, Hotel, Food) |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Account #1 | A | Interest | K | T | | | | | |
| 2. Citibank Accout #2 | A | Interest | J | T | | | | | |
| 3. Access Financial Account #1 | B | Int./Div. | L | T | Sold (part) | 05/23/12 | L | | |
| 4. -Access Financial Account #1 | | | | | Sold (part) | 08/16/12 | K | | |
| 5. Access Financial Account #2 | A | Interest | L | T | | | | | |
| 6. Access Financial Account #3 | A | Interest | J | T | Sold (part) | 05/23/12 | L | | |
| 7. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 8. US Trust Managed US TCommon Account (no control) | F | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 9. -Air Prods & Chems | | | | | Sold | 11/08/12 | K | D | |
| 10. -Amazon | | | | | Buy (add'l) | 02/08/12 | J | | |
| 11. -Amazon | | | | | Buy (add'l) | 02/24/12 | J | | |
| 12. -Amazon | | | | | Buy (add'l) | 03/19/12 | J | | |
| 13. -Apache | | | | | Sold | 07/31/12 | K | C | |
| 14. -AT&T | | | | | Sold | 07/31/12 | K | D | |
| 15. -CA Inc. | | | | | Sold | 07/31/12 | J | B | |
| 16. -Cameron Int'l | | | | | Sold | 07/31/12 | K | D | |
| 17. -Citigroup | | | | | Buy (add'l) | 01/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Citigroup | | | | | Buy (add'l) | 01/26/12 | J | | |
| 19. -Citigroup | | | | | Sold (part) | 03/15/12 | J | | |
| 20. -Citigroup | | | | | Sold | 07/31/12 | K | | |
| 21. -Col. Select Large Cap Growth FD Class Z | | | | | | | | | |
| 22. -Col. Value & Restr. FD Class Z | | | | | Redeemed (part) | 02/28/12 | J | C | |
| 23. -Col. Value & Restr. FD Class Z | | | | | Redeemed | 11/27/12 | M | G | |
| 24. -Comcast | | | | | Sold (part) | 03/26/12 | J | B | |
| 25. -CVS Caremark | | | | | Sold (part) | 04/11/12 | J | B | |
| 26. -CVS Caremark | | | | | Sold | 07/31/12 | K | D | |
| 27. -Ebay | | | | | | | | | |
| 28. -EMC | | | | | | | | | |
| 29. -Emerson Elec. | | | | | Buy | 02/24/12 | K | | |
| 30. -Emerson Elec. | | | | | Sold | 11/08/12 | L | E | |
| 31. -Express Scripts | | | | | Sold (part) | 02/08/12 | J | A | |
| 32. -Express Scripts | | | | | Sold (part) | 02/24/12 | J | B | |
| 33. -Express Scripts | | | | | Sold | 07/31/12 | K | D | |
| 34. -Exxon Mobil | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Gilead Sciences | | | | | Sold | 07/31/12 | K | C | |
| 36. -Google | | | | | | | | | |
| 37. -Hess | | | | | Sold | 07/31/12 | J | | |
| 38. -Home Depot | | | | | Sold (part) | 02/24/12 | J | B | |
| 39. -Home Depot | | | | | Sold | 03/19/12 | J | C | |
| 40. -Humana | | | | | Sold | 07/31/12 | J | A | |
| 41. -JPMorgan Chase | | | | | Buy | 01/26/12 | K | | |
| 42. -JPMorgan Chase | | | | | Sold (part) | 03/19/12 | J | A | |
| 43. -JPMorgan Chase | | | | | Sold | 07/31/12 | K | | |
| 44. -Khols | | | | | Buy | 03/19/12 | K | | |
| 45. -Khols | | | | | Sold | 07/31/12 | K | | |
| 46. -Kraft Foods | | | | | Sold (part) | 02/24/12 | J | B | |
| 47. -Marsh & McLennan | | | | | Buy (add'l) | 02/02/12 | J | | |
| 48. -Marsh & MClennan | | | | | Sold | 07/31/12 | K | A | |
| 49. -Merck | | | | | Sold | 08/21/12 | L | D | |
| 50. -Mondelez Intl | | | | | Buy | 11/15/12 | J | | |
| 51. -Monsanto | | | | | Sold | 09/10/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley | | | | | Buy (add'l) | 01/17/12 | J | | |
| 53. -Morgan Stanley | | | | | Sold | 07/31/12 | J | | |
| 54. -National Oilwell Varco | | | | | | | | | |
| 55. -Nielsen Hldgs NV | | | | | Sold | 09/10/12 | J | A | |
| 56. -Oracle | | | | | Sold | 07/31/12 | K | D | |
| 57. -Pepsico | | | | | Sold | 08/21/12 | K | C | |
| 58. -Pfizer | | | | | Sold | 07/31/12 | J | B | |
| 59. -PG&E | | | | | Sold | 07/31/12 | K | B | |
| 60. -Progressive | | | | | Sold | 07/31/12 | K | | |
| 61. -Public SVC Ent. | | | | | Sold | 08/21/12 | K | B | |
| 62. -Qualcomm | | | | | Sold | 07/31/12 | K | C | |
| 63. -SPDR S&P Dividend ETF | | | | | Sold (part) | 01/17/12 | L | B | |
| 64. -Target | | | | | | | | | |
| 65. -Thermo Fisher | | | | | Buy | 01/17/12 | J | | |
| 66. -Thermo Fisher | | | | | Sold | 07/31/12 | J | A | |
| 67. -Union Pac | | | | | | | | | |
| 68. -VISA | | | | | Sold | 07/31/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Walmart | | | | | Buy | 04/11/12 | K | | |
| 70. -Walmart | | | | | Sold | 07/31/12 | K | D | |
| 71. -Wells Fargo | | | | | Sold | 01/26/12 | K | B | |
| 72. -AES | | | | | Sold | 07/31/12 | J | B | |
| 73. -Analog Devices | | | | | Sold | 02/06/12 | J | B | |
| 74. -Baidu ADR | | | | | Buy (add'l) | 03/19/12 | J | | |
| 75. -Baidu ADR | | | | | Sold | 07/31/12 | J | | |
| 76. -BE Aerospace | | | | | Sold | 07/31/12 | K | B | |
| 77. -Cimarex Energy | | | | | Sold | 07/31/12 | J | B | |
| 78. -Denbury Res | | | | | Sold | 02/02/12 | J | B | |
| 79. -Dover | | | | | Sold | 07/31/12 | J | C | |
| 80. -Electronic Arts | | | | | Buy (add'l) | 02/08/12 | J | | |
| 81. -Electronic Arts | | | | | Buy (add'l) | 03/19/12 | J | | |
| 82. -Electronic Arts | | | | | Sold | 07/31/12 | J | | |
| 83. -Energizer Hldgs | | | | | Sold | 07/31/12 | J | | |
| 84. -FifthThird Bancorp | | | | | Sold | 01/26/12 | K | C | |
| 85. -First Rep Bk, San Fran | | | | | Buy (add'l) | 04/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -First Rep Bk, San Fran | | | | | Sold | 07/31/12 | K | B | |
| 87. -Fiserv | | | | | Sold | 02/08/12 | J | C | |
| 88. -Goodyear Tire | | | | | Sold (part) | 02/08/12 | J | B | |
| 89. -Goodyear Tire | | | | | Sold | 07/31/12 | J | | |
| 90. -Intercontinental Exchange | | | | | Sold | 04/02/12 | J | B | |
| 91. -Invesco Ltd. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 92. -Invesco Ltd. | | | | | Sold (part) | 02/02/12 | J | A | |
| 93. -Invesco Ltd. | | | | | Sold (part) | 03/02/12 | J | A | |
| 94. -Invesco Ltd. | | | | | Sold | 07/31/12 | J | A | |
| 95. -LAM Reaseach | | | | | Buy | 02/06/12 | J | | |
| 96. -LAM Research | | | | | Buy (add'l) | 05/10/12 | J | | |
| 97. -LAM Research | | | | | Sold | 07/31/12 | J | | |
| 98. -New Oriental ADR | | | | | Buy | 01/17/12 | J | | |
| 99. -New Oriental ADR | | | | | Sold | 07/31/12 | J | | |
| 100. -Peabody Energy | | | | | Buy (add'l) | 01/17/12 | J | | |
| 101. -Peabody Energy | | | | | Buy (add'l) | 01/19/12 | J | | |
| 102. -Peabody Energy | | | | | Sold | 03/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Principal Finl | | | | | Sold | 08/21/12 | J | A | |
| 104. -Rovi | | | | | Buy (add'l) | 01/17/12 | J | | |
| 105. -Rovi | | | | | Buy (add'l) | 02/08/12 | J | | |
| 106. -Rovi | | | | | Sold | 05/10/12 | J | | |
| 107. -Skyworks Solutions | | | | | Buy (add'l) | 01/17/12 | J | | |
| 108. -Skyworks Solutions | | | | | Buy (add'l) | 03/19/12 | J | | |
| 109. -Skyworks Solutions | | | | | Sold | 07/31/12 | K | C | |
| 110. -SLM | | | | | Sold | 07/31/12 | J | B | |
| 111. -Weight Watchers | | | | | Sold | 07/31/12 | J | | |
| 112. -Weyerhaeuser | | | | | Buy | 01/17/12 | J | | |
| 113. -Weyerhaeuser | | | | | Sold (part) | 02/02/12 | J | A | |
| 114. -Weyerhaeuser | | | | | Sold | 03/14/12 | J | A | |
| 115. -Casey's Gen Stores | | | | | Sold | 04/11/12 | K | D | |
| 116. -Collective Brands | | | | | Sold | 03/19/12 | K | B | |
| 117. -Columbia Select Small Cap FD Class Z | | | | | Redeemed (part) | 02/28/12 | J | A | |
| 118. -Comstock Res | | | | | Buy | 02/02/12 | J | | |
| 119. -Comstock Res | | | | | Sold | 07/31/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Earthlink | | | | | Buy | 03/14/12 | J | | |
| 121.  -Earthlink | | | | | Buy (add'l) | 03/15/12 | J | | |
| 122.  -Earthlink | | | | | Buy (add'l) | 03/16/12 | J | | |
| 123.  -Earthlink | | | | | Buy (add'l) | 05/10/12 | J | | |
| 124.  -Earthlink | | | | | Sold | 07/31/12 | J | | |
| 125.  -Insulet | | | | | Sold | 07/31/12 | J | B | |
| 126.  -Tennant | | | | | Sold | 07/31/12 | J | | |
| 127.  -Vera Bradley | | | | | Buy | 03/26/12 | J | | |
| 128.  -Vera Bradley | | | | | Sold | 07/31/12 | J | | |
| 129.  -Alkermes PLC | | | | | Sold | 07/31/12 | J | A | |
| 130.  -Covidien PLC | | | | | Sold | 07/31/12 | K | C | |
| 131.  -Ericsson ADR | | | | | Buy | 02/08/12 | J | | |
| 132.  -Ericson ADR | | | | | Buy (add'l) | 05/10/12 | J | | |
| 133.  -Ericson ADR | | | | | Sold | 07/31/12 | J | | |
| 134.  -ITAU Unibanco Hldgs ADR | | | | | Sold | 07/31/12 | J | | |
| 135.  -Siemens ADR | | | | | Sold | 09/10/12 | K | D | |
| 136.  -Tyco Int'l | | | | | Sold | 07/31/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Unilever ADR | | | | | Sold | 07/31/12 | K | C | |
| 138. -HDFC BK ADR | | | | | Sold | 07/31/12 | J | A | |
| 139. -IShares MSCI Emerging Mkts Index FD | | | | | | | | | |
| 140. -Teva Pharmaceutical ADR | | | | | Buy (add'l) | 02/08/12 | J | | |
| 141. -Teva Pharmaceutical ADR | | | | | Sold | 07/31/12 | J | | |
| 142. -Vale ADR | | | | | Buy (add'l) | 01/17/12 | J | | |
| 143. -Vale ADR | | | | | Sold | 07/31/12 | J | | |
| 144. -Col. US Govt. Mtg Fd Cl Z | | | | | Buy | 09/14/12 | N | | |
| 145. -Port Auth NY & NJ CONS BDS-OID 2018 | | | | | | | | | |
| 146. -NY NY Go Ref BDS | | | | | | | | | |
| 147. -Babylon NY Pub Impt BDS | | | | | | | | | |
| 148. -North Hempstead NY Pub Impt BDS | | | | | | | | | |
| 149. -Port Auth NY & NJ CONS BDS OID 2021 | | | | | | | | | |
| 150. -NY St Dorm Auth St. Pers BDs 2022 | | | | | | | | | |
| 151. -Col Short Term Mun. BD Fd Cl Z | | | | | Buy | 09/14/12 | N | | |
| 152. -American Tower | | | | | Buy (add'l) | 03/14/12 | J | | |
| 153. -American Tower | | | | | Sold | 01/31/12 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Digital Rlty REITs | | | | | Sold | 07/31/12 | K | C | |
| 155.  -BofA Tax Exempt Reserves | | | | | Distributed (part) | 01/04/12 | J | | |
| 156.  -BofA Tax Exempt Reserves | | | | | Distributed (part) | 02/28/12 | K | | |
| 157.  -BofA Tax Exempt Reserves | | | | | Distributed (part) | 07/10/12 | K | | |
| 158.  -BofA Tax Exempt Reserves | | | | | Buy (add'l) | 07/10/12 | K | | |
| 159.  -BofA Tax Exempt Reserves | | | | | Buy (add'l) | 07/31/12 | O | | |
| 160.  -BofA Tax Exempt Reserves | | | | | Buy (add'l) | 12/12/12 | K | | |
| 161.  US Trust managed IRA Rollover Account (no control) | B | Int./Div. | O | T | | | | | See note in part VIII |
| 162.  -BofA Money Market Savings | | | | | | | | | |
| 163.  -Aston Montag & Caldwell Growth Fd. Cl 1 | | | | | Buy | 11/28/12 | K | | |
| 164.  -Col Dividend Income FD CL Z | | | | | | | | | |
| 165.  -MFS Value Fd. Cl 1 | | | | | Buy | 11/28/12 | K | | |
| 166.  -TCW Select Equities Fd. Cla 1 | | | | | Buy | 11/28/12 | K | | |
| 167.  -Col Select Large Cap Growth FD CL Z | | | | | | | | | |
| 168.  -Col Vlaue & Restr. FD CL Z | | | | | Redeemed | 11/28/12 | M | E | |
| 169.  -Col Select Small Cap FD CL Z | | | | | | | | | |
| 170.  -IShares MSCI Emerging Mkts FD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Walmart Stores | | | | | | | | | |
| 172. -Bank of NY Med. Term. Sr. Nt. | | | | | | | | | |
| 173. -Berkshire Hathaway Fin Corp. Gtd. Sr. Nt. | | | | | | | | | |
| 174. -CMB Ultra Short Term Bd. Fd. | | | | | Buy | 08/08/12 | J | | |
| 175. -Col. Corp. Income Fd. Class Z | | | | | Buy | 08/08/12 | J | | |
| 176. -Col Income Op. Fd. Class Z | | | | | Buy | 08/08/12 | K | | |
| 177. -Col. Strat. Income Fd. Class Z | | | | | Buy | 08/08/12 | J | | |
| 178. -Col. US Govt Mtg. Fd. Class Z | | | | | Buy | 08/08/12 | L | | |
| 179. -Fidelity Advisor Floating Rt. High Income Fd. | | | | | Buy | 08/08/12 | J | | |
| 180. -Pimco Total Return Fd. | | | | | Buy | 08/08/12 | K | | |
| 181. -Pimco Commodity Real Return Strategy FD | | | | | | | | | |
| 182. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 183. US Trust IRA (no control) | A | Dividend | N | T | | | | | See note in part VIII |
| 184. -BofA Money Market | | | | | | | | | |
| 185. -Col. Select Large Cap Growth Fd. Class Z | | | | | | | | | |
| 186. -SPDR S&P Div. ETF | | | | | | | | | |
| 187. -SPDR S&P 500 ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -US Treas Strips | | | | | | | | | |
| 189. NY 529 savings program #1 | | None | K | T | Buy (add'l) | 07/27/12 | J | | |
| 190. NY 529 savings program #2 | | None | L | T | Buy (add'l) | 07/27/12 | J | | |
| 191. NY 529 savings program #3 | | None | M | T | Buy (add'l) | 07/27/12 | J | | |
| 192. John Hancock Invt. Tr. II (Y) | | | | | | | | | |
| 193. Blackrock MuniHoldings INSD FD (Y) | | | | | | | | | |
| 194. Mastercard (Y) | | | | | | | | | |
| 195. SEI (Y) | | | | | | | | | |
| 196. SPX (Y) | | | | | | | | | |
| 197. NYSE Euronext (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 8-161, columns B and C. The U.S. Trust-managed account described on line 8 is held and managed in trust by U.S. Trust as a fiduciary       It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines 9--161 Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able only to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

2. Part VII, lines 162-182, columns B and C. The U.S. Trust-managed IRA rollover account described in line 162 is held and managed in trust by U.S. Trust as a fiduciary for me with respect to the rollover of my former pension and 401(k) accounts. As with the account described on line 8 of Part VII and above, I have no discretion with respect to any of the individual assets in the account, which are listed in lines 162-182, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

3. Part VII, lines 184-189, columns B and C. The U.S. Trust-managed IRA rollover account described in line 184 is held and managed by U.S. Trust as a fiduciary for       with respect to the rollover of       former 401(k) account. As with the accounts described in lines 8 and 162 of Part VII and above, she has no discretion with respect to any of the individual assets in the account, which are listed in lines 185-189, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

4. Part VII lines 192-193. These two investments should have been listed as sold in my 2012 Report. The sale dates were 11/10.2011 (John Hancock Inv. Tr. II, line 192) and 2/14/11 (Blackrock Muniholdings INSD FD, line 193). There was no gain in either transaction.

5. Part VII lines 194-197.These four investments were listed in lines 420 (Mastercard), 342 (SEI), 343 (SPX) and 340 (NYSE Euronext) of my 2012 Report as partial sales when, in fact, they were completely sold. The remaining information on these lines in the 2012 Report is accurate.

6. The September 25, 2013 inquiry letter from Hon. Joseph H. McKinley, Jr. states that Loews Cos. was last listed in line 75 of my 2012 Report and inquired why it was not listed in my 2013 Report; however, Loews Cos. is listed in line 250 of my 2012 Report as having been sold. For that reason it doesn not appear in my 2013 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544